EVAN GOLDMAN v. NEW JERSEY BOARD OF EDUCATION.

March 11, 1975.  Petition for certification denied.

DR. ROBERT F. GOLDSBORO v. LEONARD PACCIONE.

March 11, 1975.  Petition for certification denied.

ERNEST MC NAIR v. NEW JERSEY STATE PAROLE BOARD.

March 11, 1975.  Petiton for certification denied.  (See 131 *N. J. Super.* 522)

NORWOOD L. WHITE v. U. SAMUEL VUKCEVICH.

March 11, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR JORDAN.

March 11, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LANGOWSKI.

March 11, 1975.  Petition for certification denied.